■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINTON A. HAYLES, Appellant. [858 NYS2d 621]—Appeal from a

judgment of the Supreme Court, Erie County (Amy J. Fricano, J.), rendered May 2, 2006. The judgment convicted defendant, upon his plea of guilty, of assault in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Hurlbutt, Smith, Green and Gorski, JJ.